UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

          NO. CIV. S-08-373 LKK/GGH

    Plaintiff,

  v.

          O R D E R

KEYBANK NATIONAL ASSOCIATION,

    Defendant.
_____/

    Pending before the court is the parties' stipulation to continue the deadline for disclosure of experts and exchange of expert reports. Currently, the deadline is ninety days in advance of the close of discovery, which occurs on May 12, 2009. The parties seek to continue the deadline for expert disclosures to March 31, 2009. The parties are free to enter into whatever stipulations they wish, but the court finds it unnecessary to enforce it by order. The parties' request is therefore DENIED.

    IT IS SO ORDERED.

    DATED: February 11, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT