UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

                                        NO. CIV. S-08-373 LKK/GGH
        Plaintiff,

  v.

                                        O R D E R
KEYBANK NATIONAL ASSOCIATION,

        Defendant.
                                /

    Plaintiff Travelers Casualty and Surety Co. of America filed a motion for summary judgment in this case on May 27, 2009, noticed for hearing on June 29, 2009. The parties have submitted a stipulation indicating that a settlement in this matter is imminent, and therefore requesting that this court continue this hearing. This continuance requires an amendment to the scheduling order in this case. Pursuant to the scheduling order, all law and motion matters are to be heard by July 12, 2009. However, this court will not be hearing matters in July, 2009. This fact provides good cause for amendment of the scheduling order.

1

1  Accordingly, the matter is continued to August 17, 2009, and the
2  scheduling order is amended accordingly.
3      As a separate issue, although defendant was obliged to submit
4  either an opposition brief or a statement of non-opposition by June
5  15, 2009, neither document was filed, and the parties' stipulation
6  to continue the matter was received after this deadline.  The
7  parties' stipulation states that they "have not agreed to reopen
8  any portion of the briefing schedule on the Motion that has
9  transpired as of June 17, 2009."  Nonetheless, defendant's failure
10 to submit a timely opposition provides a second ground continuation
11 of the hearing, along with a possible ground for sanctions, instead
12 of total denial of the opportunity to file an opposition.
13 Accordingly, in the event that this matter does not settle,
14 defendant shall submit either an opposition or a statement of non-
15 opposition.  The court will address the effect of defendant's
16 failure to submit a timely brief at that time.

**CONCLUSION**

18     For the reasons stated above, the court ORDERS as follows:
19     1.  The scheduling order, Doc. No. 14, is AMENDED to provide
20         that law and motions matters shall be heard by August
21         17, 2009.
22     2.  The hearing on plaintiff's motion for summary judgment,
23         Doc. No. 18, is CONTINUED to August 17, 2009.
24     3.  Defendant SHALL submit either an opposition or a
25         statement of non opposition by August 3, 2009, unless
26         the matter has settled before that time or the court has

                further continued the matter.
 4.     Plaintiff's reply brief, if any, SHALL be submitted no
        later than August 10, 2009.
 IT IS SO ORDERED.
 DATED:  June 19, 2009.

 *(signature)*
 LAWRENCE K. KARLTON
 SENIOR JUDGE
 UNITED STATES DISTRICT COURT

3