1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   TRAVELERS CASUALTY AND
     SURETY COMPANY OF AMERICA,
11                                        NO. Civ.S-08-0373 LKK/KJM
              Plaintiff,
12
         v.                               **ORDER RE DISPOSAL**
13                                        **DOCUMENTS AFTER**
     KEYBANK NATIONAL ASSOCIATION,        **NOTIFICATION OF SETTLEMENT**
14
15            Defendant.
                                      /
16

17       Counsel for plaintiff has filed a Notice of Settlement in the

18   above-captioned case.  The court now orders that the dispositional

19   documents disposing of the case be filed no later than thirty (30)

20   days from the effective date of this order.

21       All hearing dates heretofore set in this matter are hereby

22   **VACATED.**

23       FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25   ////

26   ////

                                1

1   CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2        IT IS SO ORDERED.

3        DATED:  July 1, 2009.

4

5

6                                LAWRENCE K. KARLTON
                                 SENIOR JUDGE
7                                UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                 2