Donald J. Colucci, Esq.  SBN 148388
Daniel C. Welch, Esq.  SBN 233244
Shashauna Szczechowicz, Esq.  SBN 249102
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEYBANK NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 2:08-CV-00373-LKK-KJM<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON**<br><br>Judge:    Hon. Lawrence K. Karlton<br>Location: Courtroom No. 4, 13th Floor<br>Trial:    January 12, 2010 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") and Defendant KEYBANK NATIONAL ASSOCIATION ("KeyBank"), voluntarily agree and hereby stipulate to the dismissal of Travelers' claims in this action, <u>with prejudice</u>. Specifically, Travelers voluntarily dismisses its Complaint against KeyBank, filed on February 29, 2008 (Document 1), with prejudice. No other parties are named, or have appeared in this action.

The parties' stipulation for dismissal is subject to the following agreed-upon conditions:

(1)    Nothing in this Stipulation is, or may deemed to be, any admission regarding the merits of the parties' respective claims or defenses asserted in the above-captioned case.

1.

PDF created with pdfFactory trial version www.pdffactory.com

(2) This Stipulation includes a mutual and complete waiver of costs and fees incurred in the above-captioned case. The stipulated dismissal by Travelers shall not serve as a basis for recovery of any fees, costs or damages.

**IT IS SO STIPULATED.**

Dated: July 16, 2009                                    WOLKIN · CURRAN, LLP


                                                                        By: /s/Donald J. Colucci
                                                                                Donald J. Colucci
                                                                            Attorneys for Plaintiff,
                                                                        TRAVELERS CASUALTY AND
                                                                        SURETY COMPANY OF AMERICA

Dated: July 16, 2009                                    LOEB & LOEB, LLP


                                                                        By: /s/Michael Black
                                                                                Michael Black

                                                                        Attorneys for Defendant,
                                                                        KEYBANK NATIONAL ASSOCIATION


## ORDER

Having considered the above Stipulation, the Court hereby approves the Stipulation, and orders as follows:

IT IS HEREBY ORDERED that TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S Complaint against defendant KEYBANK NATIONAL ASSOCIATION is dismissed <u>with prejudice</u>, and that no party shall seek or receive an award of fees or costs based on said dismissal.

**IT IS SO ORDERED.**

Dated: July 30, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com